UNITED STATES of America,
Plaintiff–Appellee

v.

Jesus Francisco Sandoval MOSCHET-
TO, Defendant–Appellant.

No. 10–50337
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, San Anto-
nio, TX, for Plaintiff–Appellee.

Luis E. Islas, El Paso, TX, for Defen-
dant–Appellant.

Before HIGGINBOTHAM, GARZA, and
ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Je-
sus Francisco Sandoval Moschetto has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Sandoval Moschetto
has not filed a response. Our independent
review of the record and counsel's brief
discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is ex-
cused from further responsibilities herein,
and the APPEAL IS DISMISSED. *See*
5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

